| AO-10 (pdf) Rev. 1/2005 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) POSNER, RICHARD A. | 2. Court or Organization U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT | 3. Date of Report April 8, 2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period 1/1/04 - 12/31/04 |
| 7. Chambers or Office Address 219 S. DEARBORN CHICAGO, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 senior lecturer | University of Chicago Law School |
| 2 trustee | Trust (family member) |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE 2005 APR 18 P 3 9 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | U. of Chicago Law School part-time teaching | $21,497.23 |
| 2 | Harvard University Press - royalties | $16,245.72 |
| 3 | Aspen Publishers - royalties | $20,085.92 (cont'd) |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complet this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☑ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RICHARD A. POSNER
April 8, 2005

II. Non-Investment Income (cont'd)

| | |
|---|---|
| University of Chicago Press - royalties | 2056.57 |
| Oxford University Press (England) - royalties | 441.14 |
| Oxford University Press (U.S.) - royalties | 10,000.00 |
| Edward Elgar Publishing - royalties | - 0 - |
| Thomson-West - royalties | 314.26 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☑ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☑ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

RICHARD A. POSNER

FINANCIAL DISCLOSURE REPORT

Richard A. Posner
April 8, 2005

## IV. REIMBURSEMENTS

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bankruptcy Institute | 3/4 to 3/10; New York, NY; moot court; transportation, hotel & food; ▮▮▮▮ |
| 2. Brandeis University | 4/20 to 4/22; Boston, MA; symposium; transportation, hotel & food; ▮▮▮▮ |
| 3. University of Maryland Sch. of Law | 4/23 to 4/24; Baltimore, MD; conference; tran portation, hotel & food |
| 4. Norwich Union | 9/11 to 9/17; Monte Carlo, Monaco; conference; transportation; ▮▮▮▮ |
| 5. LES Foundation | 10/16 to 10/19; Boston, MA, conference; transportation, hotel & food; ▮▮▮▮ |
| 6. Boston Univer ity | 10/20 to 10/21; Boston, MA, lecture; hotel & food; ▮▮▮▮ |
| 7. Copyright Society | 11/18 to 11/23; New York, NY, debate; transportation, hotel & food; ▮▮▮▮ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | April 8, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Merrill Lynch CMA Money Fd | A | Div | J | T | | | | | |
| 2 Mer. Lynch Mun. Bd Fd CLA | A | Div | K | T | | | | | |
| 3 Vanguard In Tr | D | Div | N | T | | | | | |
| 4 Vanguard Mun Bd Fd | C | Div | M | T | Buy | 1-30 | J | | |
| 5 Vanguard In Tr IRA | D | Cap Gn Div | N | T | monthly contributions | | J | | |
| 6 TIAA-CREF Mut Fd Retirement | | | P1 | T | } Only value is reported. No contributions were made. | | | | |
| 7 TIAA-CREF SRA " | | | O | T | | | | | |
| 8 Dreyfus Core Val Fd Keogh | A | Div St Cap Gn | | L | Buy Transfered redeemed | 3-24 3-24 4-07 6-08 | J O | | * to Merrill Lynch Basic Acent |
| 9 Merrill Lynch Basic Val. Fd Keogh | D | Div St Cap Gn | O | T | Bought | 6-9 | O | | |
| 10 ML B+T R ASP IRA | A | Div | J | T | | | | | |
| 11 ML MUN Bd Fd ClI | A | Div | J | T | | | | | |
| 12 Nuveen Mun Mkt Opp | B | Div | K | T | | | | | |
| 13 RES Funding Corp Oepn IRA | | None | J | T | | | | | |
| 14 Nuveen Sel Qlty Mun Fd | B | Div | K | T | | | | | |
| 15 Univ Nat'l Bank | A | Int | J | T | | | | | |
| 16 Managed Muni Bds CL AARP | D | Div | M | T | | | | | |
| 17 ML Bd Fd Core Bd Pt A IRA | B | Div | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100, | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | April 8, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 ML Global Val Fd  IRA | | None | K | T | | | | | |
| 19 US TREAS STRIPS Oepn  IRA | | None | J | T | | | | | |
| 20 ML Global Growth Fd  IRA | | | | | | | | | |
| 21 US TREAS STRIPS Oepn  IRA | | None | J | T | | | | | |
| 22 ML US GOV MORT FD | B | DIV | L | T | | | | | |
| 23 ML MUNI BO INS'D | B | DIV | K | T | | | | | |
| 24 ML MUNI BO NAT'L | C | DIV | L | T | | | | | |
| 25 GNMA FD - CL AARP | C | DIV | M | T | | | | | |
| 26 SHT-TRM BD CL AARP | D | DIV | M | T | | | | | |
| 27 MANAGED MUNI BDS  CLAARP | D | DIV | M | T | | | | | |
| 28 GROWTH +INC CL AARP | A | DIV | K | T | | | | | |
| 29 ML FUND GRWTH A  IRA | | None | J | T | | | | | |
| 30 ML FUND GRWTH A  IRA | | None | K | T | | | | | |
| 31 ML FUND GRWTH A | | None | J | T | | | | | |
| 32 ML Global Val Fd | | None | K | T | | | | | |
| 33 Nuveen Ins'd Qlty  Muni Fd | B | DIV | K | T | | | | | |
| 34 CATS SER Oepn  IRA | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | April 8, 2005 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Blackrock Hun TRM Tr  2015 | A | Div | J | T | | | | | |
| 36 ML B+T RASP | | None | J | T | | | | | |
| 37 ML MidCap Val B  IRA | | None | J | T | | | | | |
| 38 ML BASIC Val Fd  IRA | A | Div | K | T | | | | | |
| 39 ML SHALL CAP VAL FD  IRA | | None | K | T | | | | | |
| 40 AMER FDS INT BD FDB  IRA | B | Div | L | T | | | | | |
| 41 ML FUND GRWTH B | | None | J | T | | | | | |
| 42 CD ML BK  IRA | A | INT | | | redeemed 3-05 | | | | |
| 43 CD CUST Tr  IRA | A | INT | | | redeemed 9-22 buy 3-24 | | | | |
| 44 CD TREAS BK  IRA | A | INT | K | T | buy | 3-25 | | | |
| 45 CD LEHMAN BROS  IRA | A | INT | K | T | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | April 8, 2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

\* Section VII, p.1 To be clear, funds in Dreyfus Core Value fund were transferred to a new account at Merrill Lynch on 4-07. Those funds were then redeemed on 6-08 and reinvested in the Merrill Lynch Basic Value Fund on 6-09.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date April 11, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544